**1**

Henry CROUCH v. STATE. (No. 11097.) Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge. Jack Keller, of Dallas, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

HAWKINS, J. Appellant is under conviction for robbery; the punishment being 50 years in the penitentiary. The record contains neither statement of facts nor bills of exception, in which condition nothing is presented for review. The judgment is affirmed.

**2**

Cleveland DALTON v. STATE. (No. 11130.) Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from District Court, Freestone County; W. T. Jackson, Judge. Levi Herring, of Fairfield, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for assault to murder; punishment, 2 years in the penitentiary. The record is before us without any bills of exception or statement of facts. The indictment is regular, and is followed by the charge of the court. No error appearing, the judgment will be affirmed.

**3**

Robert V. DAVENPORT v. STATE. (No. 11358.) Court of Criminal Appeals of Texas. Oct. 12, 1927. Commissioners' Decision. Appeal from Criminal District, Dallas County; Grover C. Adams, Judge. G. H. Crane, of Dallas, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is burglary; the punishment confinement in the penitentiary for 2 years. The record is before us without a statement of facts. The bills of exception are not in condition to be considered, in the absence of a statement of facts. The indictment appears to be in proper form, and the law is correctly presented in the charge of the court. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**4**

A. W. DEAN v. STATE. (No. 11271.) Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from District Court, Wheeler County; W. R. Ewing, Judge. C. C. Small, of Wellington, for appellant. Sam D. Stinson, State's Atty., for the State.

MORROW, P. J. The offense is the unlawful possession of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of 2 years. The indictment appears regular. The record is before us without statement of facts or bills of exceptions. No fundamental error has been perceived or pointed out. The judgment is affirmed.

**5**

Frank DICHORA v. STATE. (No. 11353.) Court of Criminal Appeals of Texas. Oct. 12, 1927. Commissioners' Decision. Appeal from District Court, Brazos County; W. C. Davis, Judge. F. L. Henderson, of Bryan, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is possession of intoxicating liquor for the purpose of sale; the punishment confinement in the penitentiary for one year. The record is before us without any statement of facts or bills of exception. The indictment appears to be in proper form, and the charge of the court correctly presents the law. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**6**

Frank DICHORA v. STATE. (No. 11354.) Court of Criminal Appeals of Texas. Oct. 12, 1927. Commissioners' Decision. Appeal from District Court, Brazos County; W. C. Davis, Judge. F. L. Henderson, of Bryan, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

MARTIN, J. The record is before us without a statement of facts or bills of exception. The appellant was indicted and convicted of the offense of selling intoxicating liquors. There being no error apparent of record, the judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**7**

S. C. FULLER v. STATE. (No. 11039.) Court of Criminal Appeals of Texas. Oct. 26, 1927. Appeal from Jefferson County Court at Law; C. N. Ellis, Judge. Crook, Lefler, Cunningham & Murphy, of Beaumont, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for violation of the nine-hour law, with punishment assessed at a fine of $50. Appellant has filed his affidavit, making known to this court that he no longer desires to prosecute his appeal, and requests a dismissal of same. In compliance with such request, the appeal is ordered dismissed.